[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-14938
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 14, 2011
JOHN LEY
CLERK

D.C. Docket No. 08-00091-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHERMAN LANE,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

(June 14, 2011)

Before BARKETT, HULL and PRYOR, Circuit Judges

PER CURIAM:

Donald M. Sheehan, appointed counsel for Sherman Lane in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lane's conviction and sentence are **AFFIRMED**.